

**NUMBER 13-19-00140-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RODOLFO A. ESCAMILLA,**                                 **Appellant,**

**v.**

**SHELLY HOGAN ESCAMILLA,**                           **Appellee.**

---

**On appeal from the County Court
of Live Oak County, Texas.**

---

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Order Per Curiam**

On December 12, 2019, this Court ordered this case abated and directed appellants to file, on or before January 21, 2020, either (1) a motion to reinstate the appeal, accompanied by appellant's brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement. Since, appellant failed to take any further action to notify

the Court regarding the status of this appeal.

The Court hereby ORDERS appellant to file, within ten days of the date of this order, an advisory regarding the status of this cause and, if applicable, a motion to reinstate, dismiss, and/or sever. The failure to respond to this Court's directive may result in the dismissal of the appeal in its entirety for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of April, 2020.